UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT L. FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 2:23-CV-42–D** |
| v. | ) | |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on November 27, 2023, and Copies To:**
Robert W. Gillikin            (via CM/ECF electronic notification)
W. Everett Lupton            (via CM/ECF electronic notification)
Cathleen C. McNulty         (via CM/ECF electronic notification)
Dianne Samu                  (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
November 27, 2023              (By)  /s/ Stephanie Mann
                                              Deputy Clerk