UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| VINCENT L. FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 2:23-CV-42–D** |
| v. | ) | |
| | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,100.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Robert W. Gillikin, II, and mailed to his office at 5520 Greenwich Rd., Suite 101, Virginia Beach, VA 23462, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 4, 2024, and Copies To:**

| | |
|---|---|
| Robert W. Gillikin | (via CM/ECF electronic notification) |
| W. Everett Lupton | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Cathleen McNulty | (via CM/ECF electronic notification) |
| Dianne Samu | (via CM/ECF electronic notification) |

DATE:  
March 4, 2024

PETER A. MOORE, JR., CLERK  
(By) /s/ Stephanie Mann  
Deputy Clerk